IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUL 26 AM 9: 28

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

LOUISE CHARLENE TAYLOR

    Plaintiff,

v.                                                              No. 2:05-CV-02418-JDB-tmp

CITY OF MILLINGTON,
JERRY LADD, and
WILLIAM J. HOWARD,

    Defendants.

---

## ~~JOINT~~ RULE 16(B) SCHEDULING ORDER

    I.    Pursuant to Rule 16(b), a scheduling conference will be held in this case on July 28, 2005.  Present for the conference will be:

    Jason G. Wolfkill, Esq., Counsel for Plaintiff; and

    Edward J. McKenney, Jr., Esq., Counsel for Defendants.

    II.    Pursuant to Rule 26(f), the parties reported that initial disclosures as required by Rule 26(a)(1) are to be made by the plaintiff and by the defendant by **August 11, 2005**.

    III.    Pursuant to the scheduling conference, the following dates will be established as the final dates for:

    A.    JOINING PARTIES:    September 28, 2005

    B.    AMENDING PLEADINGS:    September 28, 2005

    C.    INITIAL MOTIONS TO DISMISS    October 28, 2005

{L:\WDOX\BKClient\20363\001\pld\00004548.RTF}   This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-26-05



    D.    COMPLETING ALL DISCOVERY: **March 28, 2006**

        (1)    DOCUMENT PRODUCTION and INTERROGATORIES (propounded so that responses are due no later than): **March 28, 2006**

        (2)    DEPOSITIONS AND REQUESTS FOR ADMISSIONS (propounded so that responses are due no later than): **March 28, 2006**

        (3)    EXPERT WITNESS DISCLOSURE (Rule 26):

            (a)    PLAINTIFF'S RULE 26 EXPERT INFORMATION: **January 16, 2006**

            (b)    DEFENDANTS' RULE 26 EXPERT INFORMATION: **February 15, 2006**

    E.    FILING DISPOSITIVE MOTIONS: **April 28, 2006**

IV. Under Rule 30 and Rule 31 of the Federal Rules of Civil Procedure, no deposition shall exceed one (1) day of seven (7) hours in length, unless authorized by the Court. Each side is limited to ten (10) depositions unless additional depositions are authorized by the Court after a showing of good cause.

V. Under Rule 33 of the Federal Rules of Civil Procedure, no more than twenty-five (25) written interrogatories shall be served on a party unless authorized by the Court.

VII. No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

VIII. Motions to compel discovery are to be filed and served by the discovery deadline or within thirty (30) days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within thirty (30) days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

IX. This case is set for jury trial, and the trial is expected to last three (3) days. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

X. The parties **do not** consent to all matters being conducted by the Magistrate Judge, including the conduct of a jury trial, if properly demanded, with any appeal of the verdict to be directly to the Sixth Circuit Court of Appeals, pursuant to 28 U.S.C. § 636(c).

XI. The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the Court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

XII. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

Stipulated by the parties this 20th day of July, 2005.

Attorneys for Plaintiff:

Jason G. Wolfkill (TN BPR 18962)
Borod & Kramer, P.C.
80 Monroe Ave., Suite G-1
Memphis, TN 38103

_____
Signature

Attorneys for Defendants:

Edward J. McKenney, Jr. (TN BPR 5380)
Harris Shelton Hanover Walsh, PLLC
One Commerce Square, Suite 2700
Memphis, TN 38103-2555

Edward J. McKenney, Jr./jgv w/ permission
Signature

Adopted by the Court:

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
Date: July 22, 2005

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02418 was distributed by fax, mail, or direct printing on July 26, 2005 to the parties listed.

---

Edward J. McKenney
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Jason G. Wolfkill
BOROD & KRAMER
80 Monroe Ave.
Ste. G1
Memphis, TN 38103

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT