IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 15 PM 5:33

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

|  |  |
|---|---|
| LOUISE CHARLENE TAYLOR, ) | |
| Plaintiff, ) | |
| vs. ) | Civ. No. <u>05-2418-B/P</u> |
| CITY OF MILLINGTON, et al., ) | |
| Defendants. ) | |

### ORDER DIRECTING PARTIES TO ENGAGE IN MEDIATION

On September 15, 2005, the parties appeared before the court for a status conference. At the conference, the parties agreed that mediation is appropriate in this case. The parties are hereby ordered to engage in mediation prior to the close of discovery.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

September 15, 2005
Date

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  9-16-05

7

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02418 was distributed by fax, mail, or direct printing on September 16, 2005 to the parties listed.

---

Edward J. McKenney
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Jason G. Wolfkill
BOROD & KRAMER
80 Monroe Ave.
Ste. G1
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT